UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 16 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

vs.

MICHAEL GERALD HAMMOND,

*Defendant*

**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**

CASE NUMBER: 2:18-CR-0059-KJD-PAL

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole. This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:** The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until **Tuesday, May 22, 2018 at 2:00 p.m.**, in Las Vegas Courtroom 3D before Magistrate Judge Cam Ferenbach.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred. If no action is taken by the above date, the defendant must by brought before this court on that date for further proceedings.

Date: May 16, 2018

_____
Judge's Signature

VALERIE P. COOKE, U.S. MAGISTRATE JUDGE
Printed name and title