# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL HAMMOND<br><br>        Defendant. | 2:18-CR-00059-KJD-PAL<br>**ORDER** |

    Before the court is the Motion to Reopen Detention Hearing (ECF No. 55).

    Defendant states that a copy of the mental health evaluation was attached as Exhibit 1 to the instant motion. *Id* at p. 4. No exhibit was attached.

    Accordingly,

    IT IS HEREBY ORDERED that any opposition must be filed on or before May 15, 2019.

    IT IS FURTHER ORDERED that defendant file the mental health evaluation under seal and deliver a copy to the AUSA.

    IT IS FURTHER ORDERED that a hearing on the Motion to Reopen Detention Hearing (ECF No. 55) is scheduled for 10:00 AM, May 23, 2019, in Courtroom 3D.

    The U.S. Marshal is directed to transport defendant to and from the hearing.

    DATED this 2nd day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE