# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL HAMMOND <br><br> Defendant. | 2:18-CR-00059-KJD-DJA <br><br> **<u>ORDER</u>** |

Before the court is the Motion to Reopen Detention Hearing (ECF No. 73).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion Reopen Detention Hearing (ECF NO. 73) must be filed on or before December 26, 2019. No reply necessary.

DATED this 18th day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE