RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Michael Gerald Hammond

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00059-KJD-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| v. | **PRELIMINARY HEARING** |
| MICHAEL GERALD HAMMOND, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Preliminary Hearing currently scheduled on June 22, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than one (1) week.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defendant is still waiting on discovery from the United States Probation Office supporting the violations.

2.      The parties need additional time to discuss the violations and any potential resolutions.  Undersigned counsel needs additional time to discuss Mr. Hammond's options with him so that he can decide whether to waive or go forward with the preliminary hearing.

3.      Defendant is incarcerated and does not object to a continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 20th day of June, 2023.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By /s/ Katherine A. Tanaka
KATHERINE A. TANAKA
Assistant Federal Public Defender

By /s/ Justin Washburne
JUSTIN WASHBURNE
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00059-KJD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 22, 2023 at the hour of 3:30 p.m., be vacated and continued to **July 5, 2023 at 3:30 p.m.**

DATED this 20th day of June, 2023.

_____
United States Magistrate Judge

3