RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Michael Gerald Hammond

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL GERALD HAMMOND,<br><br>        Defendant. | Case No. 2:18-cr-00059-KJD-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Revocation Hearing currently scheduled on September 26, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

      This Stipulation is entered into for the following reasons:

      1.    The parties are in the process of discussing a resolution because the underlying violation triggers a new federal criminal charge.  Defense counsel needs additional time to review discovery with Mr. Hammond and discuss the proposed resolution.

      2.    The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 11th day of September, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Justin Washburne*<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL GERALD HAMMOND,<br><br>　　　　Defendant. | Case No. 2:18-cr-00059-KJD-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 26, 2023 at 11:00 a.m., be vacated and continued to November 28, 2023 at the hour of 9:30 a.m. in courtroom 4A.

　　DATED this 12 day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE

3