RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Michael Gerald Hammond

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL GERALD HAMMOND,<br><br>   Defendant. | Case No. 2:18-cr-00059-KJD-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Preliminary Hearing currently scheduled on November 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are in the process of discussing a resolution. Both parties are waiting for reports related to the firearm. Defense counsel needs additional time to discuss Mr. Hammond's options with him so that he can decide whether to waive or go forward with the preliminary hearing.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the fifth request for continuance filed herein.

DATED this 23rd day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Justin Washburne*<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL GERALD HAMMOND,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00059-KJD-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 3, 2023, 2023 at the hour of 1:00 p.m., be vacated and continued to _January 15, 2024_ at the hour of _10_ : _00_ _a_.m.

DATED this _24_ day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE