RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Michael Gerald Hammond

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00059-KJD-DJA |
| Plaintiff, | **STIPULATION TO AMEND SENTENCE AND DELAY IMPOSITION OF SENTENCE** |
| v. | |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Michael Gerald Hammond, that the Court's sentence in Mr. Hammond's supervised release matter be amended and that imposition of the amended sentence be held in abeyance until June 12, 2024.

This Stipulation is entered into for the following reasons:

1. On April 10, 2024, Mr. Hammond appeared before this Court and admitted to violating the terms of his supervised release. The parties jointly

recommended that the Court revoke Mr. Hammond's supervised release and impose a sentence of 12 months and 1 day, with no supervision to follow. The Court accepted the parties' recommendation and imposed sentence in accordance with the parties' recommendation.

2. Mr. Hammond has pleaded guilty in *United States v. Hammond*, 2:24-cr-00017-GMN-BNW. The allegations in the supervised release matter before this Court are related to the conviction in that matter. Mr. Hammond is set for sentencing in the matter before Judge Navarro on June 11, 2024.

3. The sentence imposed in this matter on April 10, 2024, is part of a global resolution of the two cases. At sentencing in June on the new case before the Honorable Judge Navarro, the parties will jointly recommend that Judge Navarro impose a sentence of 21 months in custody, to run fully concurrent to the sentence that this Court imposed on April 10, 2024.

4. The intent of the parties' agreement is for Mr. Hammond to serve a total of 21 months in custody, to run from the day he was taken into federal custody on this Court's supervised release matter, which was June 8, 2023.

5. The parties recently conferred with counsel from the Bureau of Prisons (BOP) regarding sentence computation in Mr. Hammond's two cases. BOP counsel informed the parties that Mr. Hammond has 250 days of "banked time" within the BOP, as a result of overserving on a prior sentence. Because of this "banked time," Mr. Hammond's revocation sentence imposed by this Court on April 10, 2024, will have been fully discharged as of October or November of 2023. *See* Ex. A (email from BOP counsel). As such, it will not be possible for the BOP to run

2

the sentence on the new case before Judge Navarro "fully concurrent" to this Court's sentence. *Id.*

6. BOP counsel further advised the parties that if the parties wish for the two sentences to run "fully concurrent" to each other, such that Mr. Hammond will receive full prior custody credit beginning from June 8, 2023, this Court must delay imposition of its sentence and judgment until a date and time <u>after</u> sentence is imposed in the new case before Judge Navarro. Furthermore, this Court must amend its sentence to reflect that it is to run "fully concurrent" to the sentence in that matter.

7. In order to properly and fully effectuate the spirit of the parties' agreement and the global resolution of these two matters, the parties respectfully request that the Court take the following actions:

    a. Revoke its prior sentence imposed on April 10, 2024, and amend its judgment to 12 months and 1 day in custody, with no supervision to follow, to run fully concurrent to the sentence imposed in *United States v. Hammond*, 2:24-cr-00017-GMN-BNW.

    b. Delay imposition of the amended sentence and judgment until June 12, 2024 (the day after sentencing in the indicted matter).

8. The defendant is in custody and agrees with the above requests.

//
//
//
//
//
//

3

DATED this 12th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Justin Washburne<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00059-KJD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL GERALD HAMMOND, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Court's prior sentence, imposed on April 10, 2024, is hereby revoked and amended to a sentence of 12 months and 1 day in custody, with no supervision to follow, to run fully concurrent to the sentence imposed in *United States v. Hammond*, 2:24-cr-00017-GMN-BNW.

IT IS FURTHER ORDERED that imposition of the amended sentence is held in abeyance until June 12, 2024.


DATED this 15 day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

5