THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:18-cr-00059-KJD-DJA |
| vs. | ) |
| MICHAEL HAMMOND, | ) |
| Defendant. | ) |

Certification: This notice is timely filed.

**MOTION TO WITHDRAW AS COUNSEL AND**
**NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST**

COMES NOW, Thomas A. Ericsson, Esq., CJA appointed attorney for the Defendant, Michael Hammond, and moves this Court to enter an Order allowing him to withdraw as counsel and be removed from CM/ECF E-Notice list.

Mr. Hammond was sentenced by the Court on February 8, 2022 and did not appeal his sentence. Counsel has finished his representation of Mr. Hammond in this matter.

/ / / /

/ / / /

/ / / /

/ / / /

1

Counsel respectfully requests an Order allowing him to withdraw as counsel in this matter and be removed from CM/ECF E-Notice list.

DATED this 13th day of October, 2022.

By:     /s/ *Thomas A. Ericsson*
THOMAS A. ERICSSON, ESQ.
Oronoz & Ericsson, LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, NV 89144
*Attorney for Defendant*

IT IS SO ORDERED NUNC PRO TUNC.

Date: 09/09/2024

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Oronoz & Ericsson, LLC, and that on the 13th day of October, 2022, I served a copy of the foregoing MOTION TO WITHDRAW AS COUNSEL AND NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST via CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/ *T.A. Ericsson*
Oronoz & Ericsson, LLC